JOSEPH THEIL, an Infant, by SAMUEL THEIL, His Guardian ad Litem, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOHN J. O'LEARY, as President of IRISH RELIEF FUND BAZAAR, Respondent, v. ARTEMAS WARD, Trading as WARD & GOW, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOSEPH GROZULUS, Respondent, v. HARLEIGH-BROOKWOOD COAL COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ELLIS C. POTTER, Respondent, v. WILLIAM E. PULSIFER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ELLIS C. POTTER, Respondent, v. WILLIAM E. PULSIFER and Another, Appellants.— Appeal dismissed, with ten dollars costs and disbursements, on the ground that the order is not appealable.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

WARHEIT PUBLISHING COMPANY, Respondent, v. THE DAY PUBLISHING COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CHARLES A. WILSON - PREVOST, Appellant, v. PIERRE SAMSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HENRY F. WOLFF and Another, Composing the Firm of IVINS, WOLFF & HOGUET, Respondents, v. A. LANTERNIER and Another, Composing the Firm of A. LANTERNIER & CIE, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of EMPRESA COLOMBIANA DE NAVIGACION, INC. LOUIS DE BRIGARD and Another, Appellants; RAFAEL A. GRAU and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Scott, Smth, Page and Davis, JJ.

In the Matter of the Application to Compel ROBERT B. WADE to Answer Certain Questions under a Commission Issued from the Superior Court of the State of California, County of Los Angeles, in an Action Pending between WILLIAM OGDEN WADE, Plaintiff (Respondent) and JEANNETTE H. WADE, Defendant (Appellant). — Order affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Clarke, P. J., and Smith, J., dissented.

M. G. SAMUELS AND COMPANY, Appellant, v. THE FARMERS FIRE INSURANCE COMPANY OF YORK, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.